**JOHN E. SCHWARZ** AND **AMOS GORDON** *versus* **BENJAMIN GUMAER, EBENEZER HURD, THOMAS C. SHELDON,** AND **ELIAS S. SWAN.**

PAPERS IN FILE (1828): (1) Bill of complaint, order denying injunction; (2) answer of Elias S. Swan; (3) answer of Benjamin Gumaer; (4) answer of Ebenezer Hurd; (5) copies of papers in *Schwarz v. Gumaer* and *Schwarz and Gordon* v. *Gumaer*

before J. P.; (6) transcript of J. P. record in *Schwarz and Gordon* v. *Gumaer;* (7) transcript of J. P. record in *Gumaer* v. *Schwarz and Gordon;* (8) transcript of J. P. record in *Schwarz and Gordon* v. *Gumaer;* (9) transcript of county court record in *Schwarz and Gordon* v. *Gumaer. Chancery Case . . . . of . . . .*